IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

EDWARD DUFF, PAMELA DUFF,
JACK DUFF, JUDY DUFF, MICHAEL
McSORLEY and KATHLEEN McSORLEY,   No. CV. 11-314-HU

        Plaintiffs,   ORDER

   v.

U.S. GOLD & SILVER INVESTMENTS, INC.,
an Oregon corporation; and LAWRENCE H. HEIM,

        Defendants.


Per A. Ramfjord
Peter D. Sax
STOEL RIVES, LLP
900 S.W. Fifth Avenue
Suite 2600
Portland, OR 97204

       Attorneys for Plaintiffs

/ / /

/ / /

1 - ORDER

HERNANDEZ, District Judge:

Magistrate Judge Dennis J. Hubel issued a Findings and Recommendation (doc. #14) on September 6, 2011, in which he recommends that plaintiffs' motion for default judgment be granted against both defendants and that judgment be entered in plaintiffs' favor as follows: (1) In favor of Michael and Kathleen McSorley in the amount of $204,300; (2) in favor of Jack and Judy Duff in the amount of $258,696; and (3) in favor of Edward and Pamela Duff in the amount of $140,930. Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2 - ORDER

## CONCLUSION

The Court ADOPTS Magistrate Judge Hubel's Findings and Recommendation (doc. #14). Accordingly, plaintiffs' motion for default judgment is granted against both defendants and judgment is entered in plaintiffs' favor as follows: (1) In favor of Michael and Kathleen McSorley in the amount of $204,300; (2) in favor of Jack and Judy Duff in the amount of $258,696; and (3) in favor of Edward and Pamela Duff in the amount of $140,930.

IT IS SO ORDERED.

DATED this   4th   day of October, 2011.


       /s/ Marco A. Hernandez
       MARCO A. HERNANDEZ
       United States District Judge

3 - ORDER